IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-044-MEF |
| | ) | |
| DARREN SMILEY | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Court-Ordered Mental Examination of Defendant (Doc. #61) filed on July 17, 2006, it is hereby

ORDERED that the government file a response in writing on or before July 21, 2006 as to why the motion should not be granted.

DONE this the 18th day of July, 2006.

                                          /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE